**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| YVONNE VENSON, individually and as mother and Guardian of KAABAR VENSON, a minor, and, IBN VENSON, a minor, and NATHANIEL HOUSTON, | ) ) ) ) Case No. 07 C 5919 |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| B.K. Scanlan, Star No. 8383, J.M. Cano, Star No. 16266, S.I. Katich, Star No. 19667, Sgt. Woznicki, Star No. 1724, Individually UNKNOWN AND UNNAMED CHICAGO POLICE OFFICERS, Individually; City of Chicago, | ) ) ) ) ) JUDGE KENDALL ) ) |
| Defendants. | ) |

**MOTION TO EXTEND TIME TO COMPLETE SERVICE OF PROCESS**

NOW COME the plaintiffs, by their attorney of record Garrett Browne, and in support of their motion to extend time to complete service of process states as follows:

1. The original complaint in this matter was filed on October 18, 2007.

2. Since the filing of the complaint all of the defendants except Police Officer J.M. Cano have filed appearances.

3. According to the Chicago Police Department Officer Cano is currently on active military duty in Iraq.

4. Based upon this information the Court previously entered a stay with respect to claims against Officer Cano, but ordered that discovery regarding all other claims in the case shall proceed. Furthermore, the Court instructed defense counsel to advise plaintiffs' counsel when Officer Cano returned to the United States.

5. However, it is unclear to plaintiff's counsel how plaintiffs can obtain personal service upon Officer Cano while he is on active duty in a war zone. Plaintiff's counsel's research located one case in which a plaintiff obtained service on a member of the military serving in Iraq by serving family members at the soldier's residence in the United States. *Wiedner v. Wilson,* 2005 WL 61461 (2005).

6. Plaintiff's counsel is not in possession of Officer Cano's address in the City of Chicago and for security reasons the City of Chicago does not typically reveal the addresses of Chicago Police Officers.

7. Plaintiffs' counsel does not particularly want to have to serve Officer Cano or his family with a lawsuit while he is serving his country in Iraq. Accordingly, plaintiffs' counsel respectfully requests that the court extend the time for plaintiff to serve defendant Cano with a summons and complaint until thirty (30) days after defense counsel advises plaintiff's counsel that Officer Cano has returned to the United States.

WHEREFORE plaintiff respectfully requests that this honorable court grant plaintiff's motion.

_/s/GarrettBrowne_____

ED FOX & ASSOCIATES
Attorneys for Plaintiff
300 W. Adams, Suite 330
Chicago, Illinois 60606
(312) 345-8877
gbrowne@efox-law.com