**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| YVONNE VENSON, individually, and ABDULLAH VENSON as father and Guardian of K. V., a minor, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>Sgt. Woznicki, Star No. 1724, and City of Chicago )<br><br>Defendants. ) | Case No. 07 C 5919<br><br><br>**JUDGE KENDALL** |

## PLAINTIFFS' PROPOSED VOIR DIRE

1. Do you believe that a person who has been arrested should not be able to bring a lawsuit against a police officer for his arrest?

2. Do you believe that a police officer's testimony is entitled to more weight merely because he or she is a police officer?

3. Do you have any relatives or friends that are involved in law enforcement? Please Describe this involvement?

4. Do you have any relatives or friends that are employed by or do business with the City of Chicago or any of its employees?

5. Are you familiar with the Chicago Police Department? If yes, what do you know about it and how did you come to have this knowledge.

6. Have you ever requested the assistance of police officers? What were the circumstances?

7. Have you, any relative, or any friend ever worked for any local, state or federal law enforcement agency or any Police Department? Please explain.

2

8. Do you have any dispute with the legal system that allows citizens to sue police officers over alleged violations of civil rights? If yes, please explain.

9. Do you believe that police officers, like ordinary citizens, must obey the law?

10. Do you believe that police officers should sometimes be given "a break" because they have a stressful job?

11. Do you, close relatives, or friends belong to or participate in any police related organizations or functions such as a neighborhood watch program, or a ride-along program? If so, please describe.

12. Are you a member of any social, political, or religious organization? If so, have you ever held any leadership positions?

13. Do you feel that the number of lawsuits filed today is too high?

14. Do you feel that the money damages awarded in lawsuit today are generally too high?

15. Do you believe that punitive damages should not be awarded in civil lawsuits?

16. What is your primary source of news or current events?

/s/Garrett Browne
Garrett Browne

ED FOX & ASSOCIATES
Suite 330
300 W. Adams
Chicago, IL. 60606
(312) 345-8877