## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 7 C 5919 | **DATE** | 8/25/2010 |
| **CASE TITLE** | Yvonne Venson et al vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Enter agreed orders. It is hereby ordered that Plaintiff Kaabar Venson through his guardian Abdullah Venson is awarded $40,000 in attorneys' fees and costs. All matters are hereby terminated. Enter agreed order to produce juvenile records is granted.

■ [ For further detail see separate order(s).]

Copy to Magistrate Judge Brown
Docketing to mail notices.

Courtroom Deputy Initials: TSA