# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Yvonne Venson, et al., ) | |
| ) | Case No.: 07 C 5919 |
| Plaintiffs, ) | |
| ) | Judge Kendall |
| v. ) | |
| ) | |
| City of Chicago, et al., ) | |
| ) | |
| Defendants. ) | Jury Demanded |

## AGREED ORDER TO PRODUCE JUVENILE RECORDS

This matter coming before the Court by agreement of the parties, Plaintiffs Yvonne Venson and Kaabar Venson, by their undersigned attorneys and Defendant Diane Woznicki, by her undersigned attorneys, and the Court being fully advised in the matter,

**IT IS HEREBY ORDERED:**

1. Plaintiff Kaabar Venson's juvenile criminal records related to his arrest in December 2009 and the arrest reports in 2010 should be released and produced to plaintiffs' attorneys and the attorneys for the defendant.

2. These records are required for Mr. Venson's upcoming civil trial to start July 6, 2010.

3. These records will be marked confidential pursuant to protective order.

4. This order should not be interpreted as allowing for the admissibility of these records at trial.

_____     _____
Garrett Browne                                           Avi T. Kamionski

| | |
|---|---|
| Counsel for Plaintiffs<br>Ed Fox & Associates<br>300 W. Adams, Ste. 330<br>Chicago, IL 60606<br>Tel: (312) 345-8877 | Counsel for Defendant<br>Andrew M. Hale & Associates, LLC<br>53 Jackson Blvd., Ste. 1800<br>Chicago, IL 60604<br>Tel: (312) 341-9646 |

ENTER: _[signature]_

DATE: 8-25-10