
MHK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Yvonne Venson, et al., ) | |
| ) | Case No.: 07 C 5919 |
| Plaintiffs, ) | |
| ) | Judge Kendall |
| v. ) | |
| ) | |
| City of Chicago, et al., ) | |
| ) | |
| Defendants. ) | Jury Demanded |

## AGREED ORDER

This matter coming before the Court by agreement of the parties, Plaintiff Kaabar Venson through his guardian Abdullah Venson, by his undersigned attorneys and Defendants City of Chicago and Diane Woznicki, by their undersigned attorneys, and the Court being fully advised in the matter,

**IT IS HEREBY ORDERED:**

1. Plaintiff Kaabar Venson through his guardian Abdullah Venson is awarded $40,000 in attorneys' fees and costs.

2. All matters are hereby terminated.

s/Garrett Browne                    s/Avi T. Kamionski

Garrett Browne                      Avi T. Kamionski
Counsel for Plaintiffs              Counsel for Defendants
Ed Fox & Associates                 Andrew M. Hale & Associates, LLC
300 W. Adams, Ste. 330              53 Jackson Blvd., Ste. 1800
Chicago, IL 60606                   Chicago, IL 60604
Tel: (312) 345-8877                 Tel: (312) 341-9646

ENTER: /s/ Suzanne B. Conlon

DATE: 8-25-10